UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CYRIL B. KORTE**, **JANE E. KORTE**, and **KORTE & LUITJOHAN CONTRACTORS**, **INC.**,

        Plaintiffs,

v.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**; **KATHLEEN SEBELIUS**, in her official capacity as the Secretary of the United States Department of Health and Human Services; **UNITED STATES DEPARTMENT OF THE TREASURY**; **TIMOTHY F. GEITHNER**, in his official capacity as the Secretary of the United States Department of the Treasury; **UNITED STATES DEPARTMENT OF LABOR**; and **HILDA L. SOLIS**, in her official capacity as Secretary of the United States Department of Labor,

        Defendants.
_____/

**CASE NO. 3:12-CV-01072-MJR-PMF**

## PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that all the Plaintiffs in the above-captioned action (Cyril B. Korte, Jane E. Korte, and Korte & Luitjohan Contractors, Inc.) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the memorandum and order of the district court denying Plaintiffs' motion for a preliminary injunction and entered in this action on December 14, 2012, at docket entry 54.  *See* 28 U.S.C. § 1292(a)(1).

Respectfully submitted on this 17th day of December, 2012,

|  |  |
|---|---|
| Francis J. Manion (KY 85594)<br>Admitted to S.D. Ill. Bar<br>Geoffrey R. Surtees (KY 89063)<br>Admitted to S.D. Ill. Bar<br>American Center for Law & Justice<br>Post Office Box 60<br>New Hope, Kentucky 40052<br>Tel. 502-549-7020; Fax. 502-549-5252<br>fmanion@aclj.org<br>grsurtees@gmail.com | /s/ Edward L. White III<br>Edward L. White III (MI P62485)<br>*Counsel of Record*<br>Admitted to S.D. Ill. Bar<br>American Center for Law & Justice<br>5068 Plymouth Road<br>Ann Arbor, Michigan 48105<br>Tel. 734-662-2984; Fax. 734-302-1758<br>ewhite@aclj.org |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, I filed true and correct copies of the foregoing and attachment with this court through the court's CM/ECF system, through which counsel who are registered users will receive notice of the filing and may obtain a copy, including Defendants' counsel of record, Bradley P. Humphreys, United States Department of Justice, Civil Division, Federal Programs Branch, 20 Massachusetts Avenue, N.W., Room 7219, Washington, D.C. 20530.

/s/ Edward L. White III
Edward L. White III (MI P62485)
Admitted to S.D. Illinois Bar
American Center for Law & Justice
5068 Plymouth Road
Ann Arbor, Michigan 48105
Tel. 734-662-2984; Fax. 734-302-1758
ewhite@aclj.org